# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of:

Eight (8) Cellular Phones Seized from Search of WXXXX County Line Road, Randolph WI and from JV-1, further described in Attachment A.

Case No. 19-MJ-1386

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

See Attachment A

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE 12/27/19 (not to exceed 14 days)
☐ in the daytime between 6:00 a.m. and 10:00 p.m.   X at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Honorable William E. Duffin                          .
(United States Magistrate Judge)

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box)
    ☐ for _____ days (not to exceed 30)    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 12/20/19 @ 11:40 a.m.

_____
Judge's signature

City and State: Milwaukee, Wisconsin        Honorable William E. Duffin, U.S. Magistrate Judge
                                            Printed Name and Title

AO 93 (mod. 5/14) Search and Seizure Warrant

## Return

| Case No: 19-MJ-1386 | Date and time warrant executed: 12/23/2019 at 6:50 AM | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of: N/A

Inventory of the property taken and/or name of any person(s) seized:

Digital images of the following seven cell phones:
12) Motorola cellular telephone, model XT1607, IMEI #354140074065224
7) Motorola cellular telephone, black, model XT-1526, IMEI: 990005470550055
10) LG cellular telephone, black, model US375, IMEI: 356075071544467; MEID(D): 089550157501393767. Damaged screen.
9) Samsung Galaxy J3 cellular telephone, black, model SM-J327R4, IMEI: 356325081390062, MEID(D): 089568499201282146. Damaged.
11) Reistar cellular telephone, gold, model: M8, IMEI: 355075077853110
8) LG cellular telephone, black, model: G3, MEID(D): 089898317500548870
17) Samsung cellular telephone, model: J7 Crown, IMEI: 356823095898784

Note: Current tools and methods are unable to bypass the security on item #43.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 1/3/20

_Executing officer's signature_

Blake Shubert / Special Agent
_Printed name and title_

Subscribed, sworn to, and returned before me this date:

Date: 1/3/2020

_United States Magistrate Judge_

## ATTACHMENT A

## DESCRIPTION OF LOCATION TO BE SEARCHED ("PROPERTY")

The following cellular phones, which are presently stored in an evidence locker at the Green Lake County Sheriff's Department, 571 County Road A, Green Lake, Wisconsin:

a. A Motorola xt1607 cell phone, IMEI 354140074065224, impounded as evidence item #12;
b. A Motorola Moto E, 2nd generation cell phone, build number LP123.29-15.3, impounded as evidence item #7;
c. An LG US375 cell phone with a broken screen, IMEI 35604507154467, impounded as evidence item # 10;
d. A Samsung sm-j327r4 cell phone, IMEI 35632508139062, impounded as evidence item #9;
e. A Reistar M8 cell phone, IMEI 355075077853110, impounded as evidence item #11;
f. A Motorola xt1775 cell phone, IMEI 355668082176616, impounded as evidence item #43; and
g. An LG g3 cell phone, IMEI 89898317500548800, impounded as evidence item #8; and
h. A Samsung j7 Crown cell phone, IMEI 356823095898784, impounded as evidence item #17.

23

## ATTACHMENT B

## EVIDENCE TO BE SEIZED

All evidence, instrumentalities, information, records, and contraband relating to violations of Title 18, United States Code, Sections 1591(a)(1)(b)(1) (sex trafficking by force, fraud, or coercion); 1591(a)(1) and (b)(2) (sex trafficking of a minor); and 1594(b) (conspiracy to engage in sex trafficking), including:

1. Electronic communications, including text messages, Whatsapp and other instant messages; audio or video-recorded messages; emails; and other forms of written messages involving potential co-conspirators and/or concerning JV-1 or other potential victims of sex trafficking;

2. All images or videos depicting JV-1 or other potential victims of sex trafficking, narcotics, currency, and sex or drug paraphernalia;

3. All searches and queries for purposes of translation between English and Spanish, including within the Google Translate application;

4. Any GPS location information and/or data from maps applications;

5. All call logs;

6. Contact lists, to assist with the interpretation of the communications documented in the call logs and text messages; and

7. Evidence of user attribution, showing who used or owned the devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, notes, documents and Internet browsing history.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

24